**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JANET KERRIGAN,

    Plaintiff,

v.                                    Case No: 8:13-cv-140-T-30TBM

FINANCIAL CREDIT SERVICE, INC.,

    Defendant.

_____

ORDER

The Court has been advised via a Plaintiff's Notice of Pending Settlement (Dkt. #5) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>ninety (90) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 90-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 14th day of February, 2013.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record                                F:\Docs\2013\13-cv-140 dismiss 5.docx